USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 12/13/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CYNTHIA CUMMINGS *as Trustee of District Council 1707, Local 95 Head Start Employees Welfare Fund*, et al.

Plaintiffs,

v.

ADDIE MAE COLLINS COMMUNITY SERVICES INC. and JANE DOES *(the foregoing names being fictitious and unknown to Plaintiffs at the present time, all of whom are responsible officers, directors and/or representatives of the corporate Defendant named above)*,

Defendants.

No. 19-CV-9839 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On November 25, 2019, Plaintiffs filed an affidavit stating that Defendant Addie Mae Collins Community Services Inc. was served on November 15, 2019. Defendant's answer was due on December 6, 2019. Defendant has not appeared, answered, or otherwise responded to the Complaint. Defendant shall do so or seek an extension by December 30, 2019. If Defendant fails to do so and Plaintiffs intend to move for default judgment, they shall do so by January 13, 2020.

Plaintiffs shall serve a copy of this Order on Defendant and file proof of such service on the docket.

SO ORDERED.

Dated: December 13, 2019
New York, New York

Ronnie Abrams
United States District Judge