USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 1/2/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CYNTHIA CUMMINGS *as Trustee of District Council 1707, Local 95 Head Start Employees Welfare Fund*, et al.

Plaintiffs,

v.

ADDIE MAE COLLINS COMMUNITY SERVICES INC. and JANE DOES *(the foregoing names being fictitious and unknown to Plaintiffs at the present time, all of whom are responsible officers, directors and/or representatives of the corporate Defendant named above)*,

Defendants.

No. 19-CV-9839 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

On November 25, 2019, Plaintiffs filed an affidavit stating that Defendant Addie Mae Collins Community Services Inc. was served on November 15, 2019. Defendant's answer was due on December 6, 2019, yet Defendant did not appear, answer, or otherwise respond to the Complaint. On December 13, 2019, the Court ordered Defendant to do so by December 30, 2019, yet Defendant again failed to do so or seek an extension. Accordingly, the initial pretrial conference presently scheduled for January 10, 2020 is hereby adjourned *sine die*. Plaintiffs are reminded that if they intend to move for default judgment, they shall do so by January 13, 2020. Plaintiffs shall serve a copy of this Order on Defendant and file proof of such service.

SO ORDERED.

Dated:     January 2, 2020
           New York, New York

Ronnie Abrams
United States District Judge