

# Law Offices of Xuejie Wong PLLC

Manhattan Office
139 Centre Street, Suite 208
New York, NY 10013
Tel: 212-941-5483

Flushing Office
136-20 38th Avenue, Suite 9i
Flushing, NY 11354
Tel: 718-461-8461

Email: xwonglaw@gmail.com

March 23, 2020

BY ECF

Honorable Ronnie Abrams
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: Cynthia Cummings, et al. v. Addie Mae Collins Community Services, Inc. et al.

Civil Action No. 19-CV-9839 (RA)

Dear Judge Abrams,

This firm represents the Defendant, Addie Mae Collins Community Services, Inc., on this matter. We filed the document #28 with its exhibits on March 20, 2020; however, it contains some sensitive information which need to be redacted. We are writing this letter to request this court to seal the document # 28 along with its exhibits (28-1; 28-2; 28-3 and 28-4) and allow this firm to re-file the redacted version of the same.

We respectfully request that you will grant our requests above.

Respectfully submitted,

Xuejie Wong, Esq.

Attorney for Defendant

Defendant shall re-file its request to seal in accordance with the procedures outlined in Rule 5(A)(i)-(iii) of the Court's Individual Rules & Practices in Civil Cases.

SO ORDERED.

_____
Hon. Ronnie Abrams
3/24/2020