UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CYNTHIA CUMMINGS *as Trustee of District Council 1707, Local 95 Head Start Employees Welfare Fund*, et al.

          Plaintiffs,

v.

ADDIE MAE COLLINS COMMUNITY SERVICES INC. and JANE DOES *(the foregoing names being fictitious and unknown to Plaintiffs at the present time, all of whom are responsible officers, directors and/or representatives of the corporate Defendant named above)*,

          Defendants.

| USDC-SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC#: |
| DATE FILED: 9/18/2020 |

19-CV-9839 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

In light of the ongoing discovery disputes in this action, currently referred to Magistrate Judge Wang for general pre-trial purposes, the post-discovery conference presently scheduled for October 2, 2020 is hereby adjourned *sine die*.

SO ORDERED.

Dated:   September 18, 2020
        New York, New York

_____
Ronnie Abrams
United States District Judge