**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
CYNTHIA CUMMINGS, et al.,

                Plaintiff,                          19-cv-9839 (RA) (OTW)

        -against-                            **ORDER**

ADDIE MAE COLLINS COMMUNITY SERVICES INC.,

                Defendant.

------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

As discovery has now closed, Parties are directed to file a joint post-discovery status letter by December 11, 2020.

**SO ORDERED.**

                                                  _s/ Ona T. Wang_

Dated: December 4, 2020                                   **Ona T. Wang**
       New York, New York                         United States Magistrate Judge